UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ENZO VETTESE,

          Defendant.

------------------------------------------X

13Cr0987(DLC)

ORDER

DENISE COTE, District Judge:

For the reasons set forth on the record on March 3, 2020, it is hereby

ORDERED that the defendant Enzo Vettese is detained without prejudice to any renewed application by the defendant.

Dated:    New York, New York
          March 3, 2020

                                      DENISE COTE
                            United States District Judge