# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2020

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: **United States v. Enzo Vettese**
**13 CR 987 (DLC)**

Dear Judge Cote:

With the consent of the Government, I write to request an extension of the deadline for pretrial motions in the above-referenced matter. The parties are engaged in negotiations towards a potential disposition. The extension would give the parties additional time to discuss a resolution in this matter. Moreover, an extension is requested to allow adequate time to prepare pretrial motions in light of the COVID-19 pandemic and ongoing restrictions to client access at the MCC (legal visits are suspended and legal calls are limited). Therefore, with the Government's consent, I request that the Court endorse the following schedule:

- Mr. Vettese's pretrial motions due by August 3.
- Government response by August 10.

Respectfully submitted,

_____/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc: Jacob Gutwillig
    Assistant United States Attorney

Granted.  7.07.2020.

_____
DENISE COTE
United States District Judge