UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
            -v-                         :      13cr987 (DLC)
                                        :
ENZO VETTESE,                           :         ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2020

DENISE COTE, District Judge:

   Criminal jury trials may resume in the Southern District of New York as soon as September 2020.  Any jury trial will be conducted in full compliance with the safety procedures implemented in this district.  In order to comply with those safety procedures, jury trials will require complex planning and coordination.  This district is currently planning to accommodate criminal jury trials that should occur between September and December 2020.

   The trial in this case is scheduled to begin on September 28, 2020.  It is anticipated that any defendant who wishes to resolve the charges by entering a plea of guilty will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial.  It is hereby

ORDERED that defense counsel shall advise the Court by Thursday, **August 20, 2020** whether the defendant currently intends to proceed to trial.

Dated:   New York, New York
        August 13, 2020

                                              DENISE COTE
                                  United States District Judge