# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

**MEMO ENDORSED**

December 1, 2020

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2020

Re:  **United States v. Enzo Vettese**,
     13 Cr. 987 (DLC)

Dear Judge Cote:

We write, with the consent of the Government, to request a five day extension of the deadline for filing the sentencing submission on behalf of Mr. Vettese and, likewise, an extension for the Government. Probation anticipates completing the final Presentence Report (PSR) by December 3. This extension would provide time for Mr. Vettese and counsel to review the PSR and address it in their submissions.

Sentencing is currently scheduled for December 18, 2020 and defense submissions are due on December 4, 2020. I respectfully ask the Court to extend that date to December 9, 2020 and the Government's filing deadline to December 16, 2020.

Granted,
*/s/ Denise Cote*
12/3/20

Respectfully submitted,

*/s/ Zawadi Baharanyi*

Zawadi Baharanyi
Assistant Federal Defenders
O: (212) 417-8735
M: (917) 612-2753

cc:   AUSA Jacob Gutwillig.