UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   13cr987-02 (DLC)
 UNITED STATES OF AMERICA               :
                                        :           ORDER
            -v-                         :
                                        :
 ENZO VETTESE,                          :
                         Defendant.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on December 18, 2020 at 9:00 a.m.  Due to the recent spike in COVID-19 cases, with certain defined exceptions, in-court proceedings may not be available.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **December 11, 2020**:

> If an in-court sentencing proceeding is unavailable, does the defendant consent to be sentenced at a videoconference proceeding?

If the defendant consents to be sentenced at a videoconference proceeding, either as a matter of preference or because an in-court proceeding is unavailable, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          December 8, 2020

                            _____
                                    DENISE COTE
                            United States District Judge